# Knuckles Komosinski & Manfro LLP

600 E. Crescent Ave., Suite 201 | Upper Saddle River, New Jersey 07458
Tel (201) 391-0370 | eFax (201) 781-6744 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Jordan J. Manfro
John E. Brigandi
Louis Levithan

**John E. Brigandi**
(201) 391-0370, ext. 301
jeb@kkmllp.com

October 3, 2023

<u>Via ECF</u>
Honorable Renee Marie Bumb
United States District Judge
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      re:    Custodio v. Cardinal Financial Company, LP
               <u>Case No. 23-cv-3471</u>

Dear Judge Bumb:

    Our firm represents Defendant Cardinal Financial Company, LP ("Defendant" or "Cardinal") in the above-referenced matter. We write respectfully to request a fourteen (14) day extension of time for Cardinal to respond to Plaintiff's Complaint. Cardinal's current response deadline is October 3, 2023, and thus, the requested extension would make its response due October 17, 2023.

    Counsel for Plaintiff has consented to the requested extension. This is Defendant's second request for an extension as it previously filed an application for a Clerk's Order to extend time to answer on September 12, 2023. (Dkt. 4) The extension is not requested for purpose of undue delay or any other improper purpose, but rather to allow Defendant time to complete its investigation into Plaintiff's allegations. Further, the requested extension will not prejudice any party, as there are no other pending deadlines in this matter.

    Thank you in advance for your consideration and courtesy.

                      Respectfully submitted,

                      <u>/s/ John E. Brigandi</u>
                      John E. Brigandi, Esq.